**Stephen F. English**, OSB #73084
E-mail: steve.english@bullivant.com
**John Kaempf**, OSB #92539
E-mail: john.kaempf@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

Of Attorneys for Plaintiff Tim Grgurich

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| TIM GRGURICH,<br><br>        Plaintiff,<br><br>    v.<br><br>TRAIL BLAZERS INC., an Oregon corporation,<br><br>        Defendant. | Civil No.: 3:05-CV-1516-HA<br><br>**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>**(EXPEDITED HEARING REQUESTED)**<br><br>**(ORAL ARGUMENT REQUESTED)** |

### CERTIFICATION OF COMPLIANCE WITH LR 7.1

Although conferring is not required concerning a Motion for a Temporary Restraining Order ("TRO"), counsel for plaintiff conferred on the telephone with counsel for defendant in good faith to resolve the dispute, but the parties have been unable to do so.

### MOTION

Pursuant to Fed. R. Civ. P. 65, plaintiff moves for a TRO providing that (a) plaintiff is allowed to immediately seek and obtain employment with another National Basketball

Bullivant|Houser|Bailey PC
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**
**Page 1**

dockets.Justia.com

Association ("NBA") team; and (b) defendant shall not in any way interfere with plaintiff's efforts to seek and obtain employment by another NBA team, including not threatening any NBA team with tampering charges relating to plaintiff, and not requiring or accepting any compensation from any such NBA team in return for plaintiff signing a contract with that team.

This Motion is based on Fed. R. Civ. P. 65, the contemporaneously filed Memorandum of Law, the Declaration of Tim Grgurich already on file with the Court, and the Complaint already on file with Court.

DATED: September 29, 2005.

BULLIVANT HOUSER BAILEY PC

BY  /s/
**Stephen F. English**, OSB #73084
E-mail: steve.english@bullivant.com
**John Kaempf**, OSB #92539
E-mail: john.kaempf@bullivant.com

Attorneys for Plaintiff Tim Grgurich

Bullivant|Houser|Bailey PC
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**
**Page 2**

# CERTIFICATE OF SERVICE

      I hereby certify that on September 29, 2005, I caused a true and correct copy of the foregoing **PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** to be served on the following persons by the method indicated below:

| | |
|---|---|
| Thomas M. Triplett<br>Schwabe, Williamson & Wyatt<br>1600 Pacwest Center<br>1211 SW Fifth Ave.<br>Portland, OR 97204-3795 | **(By electronic means through the Court's transmission facilities)**<br><br>**(By E-mail)** |
| Michael Fennell<br>Vice President/General Counsel<br>Portland Trail Blazers<br>One Center Ct., Ste. 200<br>Portland, OR 97227 | **(By electronic means through the Court's transmission facilities)**<br><br>**(By E-mail)** |

    Attorneys for Defendants

                                      /s/
                              Stephen F. English
                              John Kaempf

                              Of Attorneys for Plaintiff Tim Grgurich

**Bullivant|Houser|Bailey PC**

888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

**CERTIFICATE OF SERVICE
Page 1**