**Stephen F. English**, OSB #73084
E-mail: steve.english@bullivant.com
**John Kaempf**, OSB #92539
E-mail: john.kaempf@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

Of Attorneys for Plaintiff Tim Grgurich

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| TIM GRGURICH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TRAIL BLAZERS INC., an Oregon corporation,<br><br>　　　　　　Defendant. | Civil No.: 3:05-CV-1516-HA<br><br>**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**(EXPEDITED HEARING REQUESTED)**<br><br>**(ORAL ARGUMENT REQUESTED)** |

### CERTIFICATION OF COMPLIANCE WITH LR 7.1

　　　Pursuant to Local Rule 7.1, counsel for plaintiff conferred with counsel for defendant in good faith on the telephone to resolve the dispute, but the parties have been unable to do so.

### MOTION

　　　Pursuant to Fed. R. Civ. P. 65, plaintiff moves for a preliminary injunction providing that (a) plaintiff is allowed to immediately seek and obtain employment with another

Bullivant|Houser|Bailey PC　　　　　　　　　　**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**
888 SW Fifth Avenue, Suite 300　　　　　　　　　　　　　　　　　　　　　**Page 1**
Portland, Oregon 97204-2089
Telephone (503) 228-6351

Dockets.Justia.com

National Basketball Association ("NBA") team; and (b) defendant shall not in any way interfere with plaintiff's efforts to seek and obtain employment by another NBA team, including not threatening any NBA team with tampering charges relating to plaintiff, and not requiring or accepting any compensation from any such NBA team in return for plaintiff signing a contract with that team.

This Motion is based on Fed. R. Civ. P. 65, the contemporaneously filed Memorandum of Law, the Declaration of Tim Grgurich already on file with the Court, and the Complaint already on file with the Court.

DATED: September 29, 2005.

BULLIVANT HOUSER BAILEY PC


BY  /s/
**Stephen F. English**, OSB #73084
E-mail: steve.english@bullivant.com
**John Kaempf**, OSB #92539
E-mail: john.kaempf@bullivant.com

Attorneys for Plaintiff Tim Grgurich

Bullivant|Houser|Bailey PC
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
**Page 2**

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2005, I caused a true and correct copy of the foregoing **PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** to be served on the following persons by the method indicated below:

Thomas M. Triplett  
Schwabe, Williamson & Wyatt  
1600 Pacwest Center  
1211 SW Fifth Ave.  
Portland, OR 97204-3795  

**(By electronic means through the Court's transmission facilities)**

**(By E-mail)**

Michael Fennell  
Vice President/General Counsel  
Portland Trail Blazers  
One Center Ct., Ste. 200  
Portland, OR 97227  

**(By electronic means through the Court's transmission facilities)**

**(By E-mail)**

Attorneys for Defendant

_____/s/_____  
Stephen F. English  
John Kaempf  

Of Attorneys for Plaintiff Tim Grgurich

**Bullivant|Houser|Bailey PC**

888 SW Fifth Avenue, Suite 300  
Portland, Oregon 97204-2089  
Telephone (503) 228-6351

**CERTIFICATE OF SERVICE**  
**Page 1**