

*UNITED STATES DISTRICT COURT*
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

Date of Reassignment ............................................. October 4, 2005

Case Number ................................................... CV 05-1516-MO

Case Title ........................................... Grgurich v. Portland Trailblazers

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above captioned case has been reassigned from the Honorable Ancer L. Haggerty to the Honorable Michael W. Mosman, United States District Judge. Information on this case may be obtained from the following:

    Courtroom Deputy:    Dawn Stephens
                             Telephone:    (503) 326-8024
                             email:   dawn_stephens@ord.uscourts.gov

    Docket Information:    Colleen du Plessis
                             Telephone: (503) 326-8035
                             email:  colleen_duplessis@ord.uscourts.gov

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, US District Court in Portland, 740 Mark O. Hatfield United States Courthouse, 1000 S.W. Third Avenue, Portland, Oregon 97204.

**(C)** **Change to the Case Number:** Effective immediately, Judge Mosman's initials (MO) will replace the previous judge's initials in this case.

                                          DONALD M. CINNAMOND
                                                Clerk of Court

cc:    Judge Mosman
        Counsel of Record