**Stephen F. English**, OSB #73084
E-mail: steve.english@bullivant.com
**John Kaempf**, OSB #92539
E-mail: john.kaempf@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

Of Attorneys for Plaintiff Tim Grgurich



UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| TIM GRGURICH,<br><br>            Plaintiff,<br><br>    v.<br><br>TRAIL BLAZERS INC., an Oregon corporation,<br><br>            Defendant. | Civil No.: 3:05-CV-1516-MO<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

    Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff and defendant, by and through their respective attorneys, hereby stipulate that this action is dismissed with prejudice. Each party shall bear its own costs and attorney fees. The parties expressly consent to entry of this Judgment.

/ / /

/ / /

/ / /

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE**
**Page 1**

dockets.Justia.com

IT IS SO STIPULATED:

DATED: _October 25_, 2005.

BULLIVANT HOUSER BAILEY P.C.

By _/s/ John Kaempf_
Stephen F. English, OSB #73084
John Kaempf, OSB #92539

Attorneys for Plaintiff


SCHWABE WILLIAMSON & WYATT P.C.

By _/s/_
Thomas M. Triplett, OSB #65125
Nathan S. Sykes, OSB #95434

Attorneys for Defendant


**JUDGMENT:**

Based on the above Stipulation, it is hereby adjudged that this action is dismissed with prejudice, and without an award of costs or attorney fees to either party.

DATED: _October 31_, 2005.

_/s/ Michael W. Mosman_
Honorable Michael W. Mosman
U.S. District Court Judge

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE
Page 2